**R. L. GATES et al. v. MISSOURI–KANSAS–TEXAS RAILROAD COMPANY et al.**

No. 1225.

Circuit Court of Appeals, Tenth Circuit.

Oct. 30, 1935.

Stuart, Bell & Ledbetter and E. E. Blake, all of Oklahoma City, Okl., for appellants.

R. B. F. Hummer and M. D. Green, both of Oklahoma City, Okl., and Fred M. Carter, of Bartlesville, Okl., for appellees.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed, on stipulation.

---

**Anna A. GARRETT, Appellant, v. R. P. MOYER et al.**

No. 10489.

Circuit Court of Appeals, Eighth Circuit.

Nov. 18, 1935.

Harry L. Thomas, of Kansas City, Mo., for appellant.

Madden, Freeman & Madden, of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal docketed and dismissed, at costs of appellant, per stipulation of parties.

---

**Elizabeth N. GARCIN, ADMINISTRATRIX of the Estate of Edward H. GARCIN, Deceased, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 3969.

Circuit Court of Appeals, Fourth Circuit.

Oct. 8, 1935.

George D. Gibson, of Richmond, Va., for petitioner.

Frank J. Wideman, Asst. Atty. Gen., for respondent.

PER CURIAM.

On stipulation of the parties, cause is docketed and remanded.